Jean Claude Compas, M.D., as Assignee of Vital, Joseph Emmanuel, Appellant,
against
MVAIC, Respondent. 




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Marshall & Marshall, PLLC (Barbara Carabell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Steven Z. Mostofsky, J.), entered August 17, 2017. The order granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant Motor Vehicle Accident Indemnification Corporation's (sued herein as MVAIC) motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment. 
For the reasons stated in Compas, as Assignee of Vital, Joseph Emmanuel v MVAIC (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2017-387 K C], decided herewith), the order is affirmed.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 02, 2019